UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00380

**Curtis Lee Sheppard,**
*Plaintiff,*

v.

**Major Lucas et al.,**
*Defendants.*

# ORDER

Plaintiff Curtis Lee Sheppard, an inmate proceeding pro se, filed this lawsuit against, among others, defendant Major Lucas pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge K. Nicole Mitchell. The magistrate judge issued a report recommending that plaintiff's civil-rights lawsuit be dismissed with prejudice for the purposes of proceeding *in forma pauperis*. Doc. 8. Plaintiff filed timely objections. Docs. 12, 13.

When timely objections to a magistrate judge's report and recommendation are filed, the court reviews them de novo. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Here, plaintiff's objections do not address the substance of the magistrate judge's report: plaintiff's accumulation of three strikes under the Prison Litigation Reform Act and sanctions imposed by the Fifth Circuit Court of Appeals and the Northern District of Texas for the repeated filing of frivolous cases. Instead, plaintiff levies ad hominen attacks upon the magistrate judge and the federal court system in general. These ad hominen attacks neither require nor deserve a response and do not demonstrate any valid basis for setting aside the report.

Having reviewed the magistrate judge's reports de novo, the court accepts the findings and recommendations. Plaintiff's objections are overruled. The present civil-rights lawsuit is

dismissed with prejudice for the purposes of proceeding *in forma pauperis*. All motions pending in this civil action are denied.

*So ordered by the court on November 9, 2021.*

J. CAMPBELL BARKER
United States District Judge